IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.                                                CIV 05-0630 JP/KBM
                                                    CR 03-2570 JP

FILBERTO GONZALES-ARROYO,

    Defendant-Movant/Petitioner.

# ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her proposed findings on June 6, 2007 and recommended that the that the § 2255 petition be dismissed as time-barred and, alternatively, as without merit.  *See Doc. 18.*  The proposed findings notify Petitioner of his ability to file objections and that failure to do so waives appellate review.  To-date, Petitioner has not filed any objections and there is nothing in the record indicating that the proposed findings were not delivered.

Wherefore,

**IT IS HEREBY ORDERED THAT:**

1.    The Magistrate Judge's Proposed Findings and Recommended Disposition *(Doc. 18)* is ADOPTED;

2. The § 2255 petition is dismissed **with prejudice;** and

3. A final order enter concurrently herewith.

_____
SENIOR UNITED STATES DISTRICT JUDGE